Philip Huston, Respondent, v. Edward J. Gilbert, Appellant. — If plaintiff will stipulate within twenty days of the service of this order to reduce the damages to $3,500, then the judgment so modified affirmed, without costs of this appeal, if not, then on the defendant paying the costs of the trial and of his appeal in twenty days thereafter, a new trial is granted ; if defendant does not pay such costs, then judgment and order affirmed, with costs and order to be settled by Learned, P. J. Opinion by Learned, P. J.

Patrick Stubbs, Plaintiff, v. The Hudson River Ore and Iron Company, Defendant.—Motion for new trial denied and judgment ordered for defendant, with costs. Opinion by Landon, J.

Gideon S. Wheaton, Respondent, v. The President, etc., of The Delaware and Hudson Canal Company, Appellant. — Motion for new trial denied and judgment for plaintiff on verdict, with costs. Opinion by Bockes, J.

John M. D. McIntyre and others, Appellants, v. The McIntyre Coal Company, Respondent.— Judgment affirmed, with costs, on opinion of Peckham, J.

Matthew D. Breen, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant. — Motion for new trial denied and judgment rendered for plaintiff on verdict, with costs. Opinion by Learned, P. J.

Abigail H. Bennet, Plaintiff, v. Elihu G. Akin and others, Defendants. — Motion for reargument or modification denied, with ten dollars costs. Opinion by Learned, P. J.

Thomas Hoag, Respondent, v. Thomas Weston, Appellant. — Judgment affirmed.

John W. Velie, Respondent, v. The Newark City Fire Insurance Company, Appellant, Impleaded, etc. — Judgment affirmed, with costs, on payment of costs below and of appeal in ten days defendants may withdraw demurrer and answer over. Opinion by Learned, P, J.

**Decisions Handed Down May 22, 1886.**

Isaac Le Roy, Appellant, v. Patrick McCormick, Respondent. — Motion to strike cause from calendar and for judgment denied, without costs.

Thomas H. McGrath, Plaintiff, v. Robert Humphrey, Defendant. — Motion to strike cause from calendar and for judgment granted, with ten dollars costs of motion, unless appellant serve printed papers within thirty days and pay the ten dollars costs of motion.

Horatio M. Doty v. Lemon Thompson. — Motion for leave to appeal to the Court of Appeals granted.

Henry C. Adams,. Appellant, v. Algernon Sullivan, Public Administrator, and others, Respondents — Motion granted as per order entered. Opinion by Bockes, J.

Jerome A. Peck, Appellant, v. John F. Peck, Administrator, etc., Respondent. — Motion granted by default. (See order entered.)

James E. Holcomb, Appellant, v. George Rice and others, Respondents. — Order affirmed, with ten dollars costs and disbursements for printing. Opinion by Parker, J.; Landon, J., not sitting.

Samuel Taylor, Appellant, v. William Lane, Respondent.—Order affirmed, with ten dollars costs and disbursements for printing. Parker, J., not sitting.

Samuel Taylor, Appellant, v. William Lane, Respondent. — Order affirmed, with ten dollars costs and disbursements for printing. Parker, J., not sitting.

Samuel Taylor, Appellant, v. John Mitchell, Respondent. — Order affirmed, with ten dollars costs and disbursements for printing. Parker, J., not sitting.

Sally Rising v. Lucy Copeland.—Motion granted as per order entered.

Mutual Life Insurance Company v. John G. Sturges and others.— Motion granted as per order entered.

Elisha Rose v. Jane Thompson.—Order affirmed, with ten dollars costs and disbursements for printing. Opinion by Landon, J.

Daniel H. Vial v. Ellen M. Banker and others.— Order modified, by striking out costs of the appeal to the special guardian.

Tom S. Wotkyns, Respondent, v. Bradford C. Vaughn, Appellant.— Order reversed, with ten dollars costs and disbursements for printing. and motion granted, with ten dollars costs. Opinion by Bockes, J.

In the Matter of the Application of Kate Stoneman for Admission as Attorney and Counsel.— Application denied. Opinion by Landon, J. The Code being thereafter amended the application was renewed and granted.

James E. Ostrander, Respondent, v. John Weber, Appellant, and others, Respondents.— Interlocutory judgment affirmed, with costs. Opinion by Landon, J.; Parker, J., not sitting.

Artemas Sahler, Respondent, v. Edwin Lawson and others, Appellants.— Judgment affirmed, with costs.

Peter R. Leonard, Respondent, v. Stephen Martin, Appellant.— Order affirmed, with ten dollars costs and disbursements for printing. Opinion by Parker, J.; Landon, J., not sitting.

In Matter of Benjamin Akin, Deceased.—Motion denied. Opinion by Landon, J.

Daniel Vrooman and others v. John M. Close and others.— Motion denied.

The People of the State of New York. Respondent, v. Oscar F. Beckwith, Appellant.— Conviction and judgment affirmed. Opinion by Bockes, J

Louis E. Blair, Appellant, v. Mary A. Oliver, Respondent.— Judgment affirmed.

John Flynn and others, Commissioners, v. Albert J. Hurd, Commissoner.

John Flynn v. Thomas F. Cornell, Commissioner.— Motion for liberty to appeal to the Court of Appeals granted in each case.

Tom S. Wotkyns, Respondent, v. Bradford C. Vaughn, Appellant.—Judgment affirmed, with costs.

Frederick J. Hope, Respondent, v. The Troy and Lansingburgh Railroad Company, Appellant. — Judgment reversed, new trial granted, costs to abide the event, by consent of respondent's attorney. Peckham, J.. not sitting.

Catharine Taylor, Appellant, v. The City of Cohoes. Respondent. — Judgment ordered for plaintiff on verdict, with costs.

Andrew F. Brown, Respondent, v. Robert F. Sniggs, Appellant.—Judgment affirmed by default.